UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Matt Runningshield,

    Plaintiff,

vs.                                            ORDER

State of Minnesota, et al.,

    Defendants.                         Civ. No. 12-1467 (JNE/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    Plaintiff's motion to voluntarily dismiss [Docket No. 20] is granted.

2.    This action is dismissed without prejudice and without costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: January 30, 2013                    s/Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Judge